1  Ryan Lee (SBN 235879)
   rlee@consumerlawcenter.com
2  KROHN & MOSS, LTD
   10474 Santa Monica Blvd., Suite 401
3  Los Angeles, CA 90025
   (323) 988-2400 Telephone
4  (866) 802-0021 Facsimile
   Attorneys for Plaintiff
5  LANCE MAYFIELD

6  David J. Kaminski (SBN 128509)
   Kaminskd@cmtlaw.com
7  J. Grace Felipe (SBN 190893)
   Felipeg@cmtlaw.com
8  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
9  Los Angeles, California 90045
   (310) 242-2200 Telephone
10 (310) 242-2222 Facsimile
   Attorneys for Defendant,
11 CARDWORKS SERVICING, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LANCE MAYFIELD, | CASE NO. 2:11-cv-01259-GEB-KJN |
|---|---|
| Plaintiff, | **STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE, PURSUANT TO FRCP 41(a)(1)** |
| vs. | |
| CARDWORKS SERVICING, LLC, | |
| Defendants. | |

IT IS HEREBY STIPULATED BY AND BETWEEN LANCE MAYFIELD ("Plaintiff"), by and through his respective counsel of record, Ryan Lee of KROHN & MOSS, LTD. and CARDWORKS SERVICING, LLC ("Defendant"), by and through its respective counsel of record, J. Grace Felipe of CARLSON & MESSER, LLP, that Plaintiff shall dismiss, with prejudice, the above entitled lawsuit in its entirety as to all the parties named therein, pursuant to FRCP 41(a)(1).

/ / /

1     Each party is to bear their own costs and expenses.

3   DATED: August____, 2011         KROHN & MOSS, LTD

5                                         By: /s/ Ryan Lee
                                           Ryan Lee
                                           Attorneys for Plaintiff
                                           LANCE MAYFIELD

9   DATED: August____, 2011         CARLSON & MESSER LLP

11                                         By: /s/ J. Grace Felipe
                                           David J. Kaminski
                                           J. Grace Felipe
                                           Attorneys for Defendant
                                           CARDWORKS SERVICING, LLC

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

06772.00/176933

2

Stipulation to Dismiss Entire Action
CASE NO. 2:11-cv-01259-GEB-KJN